IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KIMBERLY J. SACHAN,

    Plaintiff,

v.

COMMISSIONER OF

SOCIAL SECURITY,

    Defendant.

Case No. 10-149-JPG-DGW

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of Michael Astrue, Commissioner of Social Security, to deny plaintiff Kimberly Sachan's applications for disability benefits and supplemental security income is **AFFIRMED.**

    **NANCY J. ROSENSTENGEL, Clerk of Court**

Date: September 30, 2011    <u>s/Brenda K. Lowe, Deputy Clerk</u>

<u>s./ J. Phil Gilbert</u>
**J. PHIL GILBERT
DISTRICT JUDGE**